UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Civil Action No.: 2:20-cv-02756
BR RESTAURANT CORP. d/b/a BRUNO'S
RESTAURANTE ITALIANO,

                                 Plaintiff,     **NOTICE OF MOTION TO**
                                                                   **DISMISS PLAINTIFF'S**
                                                                     **COMPLAINT**

    - against -

NATIONWIDE MUTUAL INSURANCE
COMPANY,

                                 Defendant.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the attached Memorandum of Law and Affidavit of Steven P. Nassi, Esq. sworn to on June 29, 2020, Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY will move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the complaint of Plaintiff, BR RESTAURANT CORP. d/b/a BRUNO'S RESTAURANTE ITALIANO on the 20th Day of July, 2020, at 10:00 in the forenoon, or as soon thereafter as counsel can be heard.

Dated:  Garden City, New York
          June 29, 2020

                                                    GOLDBERG SEGALLA LLP

                                         By: _____
                                             Steven P. Nassi, Esq. (PN5216)
                                             snassi@golbergsegalla.com
                                             *Attorneys for Defendant*
                                             *Nationwide Mutual Insurance Company*
                                             Mailing Address:
                                             P.O. Box 780, Buffalo, NY 14201
                                             Office Location:
                                             200 Garden City Plaza, Suite 520
                                             Garden City, NY 11530-3203
                                             Tel:  (516) 281-9800
                                             Fax:  (516) 281-9801

TO: COLE HANSEN CHESTER LLP
Michael S. Cole, Esq.
*Attorneys for Plaintiff*
*BR RESTAURANT CORP. d/b/a*
*BRUNO'S RESTAURANTE ITALIANO*
767 3rd Avenue, 24th Floor
New York, NY 10017
Tel: (212) 599-1535
Fax: (212) 207-3678
mscole@chcllp.com