# Cole
# Hansen
# Chester LLP

Counselors At Law

www.chcllp.com

767 Third Avenue
24th Floor
New York, New York 10017

Telephone: (212) 599-1535
Facsimile: (212) 207-3678

August 24, 2021

Hon. Gary R. Brown **VIA PACER**
US District Court for the Eastern District of New York
100 Federal Plaza – Courtroom 840
Central Islip, NY 11722-9014

Re: Plaintiff's Objection to Post-Submission Affirmation of Steven P. Nassi, Esq. / *BR Restaurant Corp. v. Nationwide Mut. Ins. Co.*, USDC (EDNY), Case No. 20-cv-02756-GRB-AKT

Your Honor:

The insured by no means wishes to delay decision, however plaintiff insured must be given short time to confirm accuracy of the submissions: the insurance policy in particular.

No disrespect intended to counsel: errors occur.

Very truly yours,

Michael S. Cole

MSC
NwInslt04