**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BR RESTAURANT CORP., d/b/a BRUNO'S
Restaurante Italiano,

        Plaintiff,

  - against -

NATIONWIDE MUTUAL INSURANCE
COMPANY,

        Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 20-2756 (GRB)(AKT)

A Memorandum of Decision and Order of Honorable Gary R. Brown, United States District Judge, having been filed on August 24, 2021, dismissing this case with prejudice, and directing the Clerk to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff BR Restaurant Corp., take nothing of defendant Nationwide Mutual Insurance Company; that this case is dismissed with prejudice; and that this case is closed.

Dated: August 26, 2021
       Central Islip, New York

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT
                           BY:   /S/ JAMES J. TORITTO
                                        DEPUTY CLERK