UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BR RESTAURANT CORP. d/b/a BRUNO'S
RESTAURANTE ITALIANO,

                             Plaintiff,

                         -*against*-

NATIONWIDE MUTUAL INSUANCE
COMPANY,

                             Defendant.

**NOTICE OF APPEAL**

Case No. 20-cv-2756-GRB-AKT

---

Notice is hereby given that plaintiff BR Restaurant Corp. d/b/a Bruno's Restaurante Italiano in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on August 26, 2021 and Memorandum of Decision and Order dated and entered August 24, 2021 which granted the defendant's motion to dismiss the complaint. Plaintiff BR Restaurant Corp. d/b/a Bruno's Restaurante Italiano appeals from each and every part of the judgment and memorandum and order dated August 26, 2021 and August 24, 2021, respectively.

Dated: New York, New York
         August 30, 2021

                                                        Respectfully submitted,

                                                        /s/ Michael S. Cole
                                                        COLE HANSEN CHESTER LLP
                                                        Attorneys for Plaintiff
                                                        By:  Michael S. Cole, Esq.
                                                        767 Third Avenue – 24th Floor
                                                        New York, New York 10017
                                                        Tel:  (212) 599-1535
                                                        mscole@chcllp.com